# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-

**TRISTAN SMITH**

Case Number: 6:04-CR-37-ORL-19JGG

USM Number: 25545-018

H. Kyle Fletcher, CJA
3743 Savannah Loop
Oviedo, FL 32765

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to Violation Charge numbers 1,2,3,7,8,9,10 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | New conviction for conduct occurring while on supervision | December 14, 2005 |
| 2 | Possession of a firearm, ammunition or a destructive device | December 14, 2005 |
| 3 | New criminal conduct occurring while on supervision | December 20, 2005 |
| 7 | Positive urinalysis | June 17, 2005 |
| 8 | Positive urinalysis | November 29, 2005 |
| 9 | Positive urinalysis | December 21, 2005 |
| 10 | Failure to complete Community Service | December 21, 2005 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**The violation charges 4,5,6 are dismissed on the motion of the United States.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 3/22/2007

PATRICIA C. FAWSETT
CHIEF UNITED STATES DISTRICT JUDGE

March 23, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

TRISTAN SMITH
6:04-CR-37-ORL-19JGG

Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **21 Months**. The term of imprisonment imposed by this judgment shall run **concurrent** with defendant's term of imprisonment imposed in Docket Number 2005-02148CFAWS, Volusia County Circuit Court.

The Court recommends to the Bureau of Prisons:
  **It is requested but not required that the Defendant be afforded anger management therapy, therapy for use of illegal drugs and the opportunity to obtain his G.E.D.**

The defendant is remanded to the custody of the United States Marshal.

Upon successful completion of the sentence, defendant is released from further jurisdiction of this Court.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

Tristan Lee Smith

**DOCKET NO: 6:04-CR-37-ORL-19JGG**

This case was considered by the Court on the Superseding Petition on Probation and Supervised Release (Doc No. 160, filed February 9, 2007), Report and Recommendation of the United States Magistrate Judge (Doc. No. 164, filed February 21, 2007), and Order the Show Cause at Final Revocation Hearing (Doc. 165, filed February 27, 2007) at a hearing held March 22, 2007 attended by the Defendant, counsel for Defendant and counsel for the Government.

**Adjudication**    The Court finds that the defendant has violated the conditions of Supervised Release and adjudicates the defendant guilty of the following violations:

Guilty: Yes    or    No

| Yes | No | # | Violation |
|---|---|---|---|
| ☒ | ☐ | 1) | New criminal conduct, Shooting Into an Occupied Car, occurring while on supervision in violation of the conditions of supervision: (Grade B Violation) |
| ☒ | ☐ | 2) | New criminal conduct, Burglary of an Occupied Dwelling, occurring while on supervision in violation of the conditions of supervision: (Grade B Violation) |
| ☒ | ☐ | 3) | New criminal conduct, Aggravated Battery occurring while on supervision in violation of the conditions of supervision: (Grade B Violation) |
| ☐ | ☒ | 4) | New criminal conduct, Throwing a Deadly Missile into an Occupied Dwelling, occurring while on supervision in violation of the conditions of supervision:(Grade B Violation) |
| ☐ | ☒ | 5) | New conviction for conduct, Robbery with a Deadly Weapon, occurring while on supervision in violation of the conditions of supervision (Grade A Violation) |
| ☐ | ☒ | 6) | Possession of a firearm, ammunition or a destructive device in violation of the conditions of supervision (Grade A Violation) |

1

|  |  |  |  |
|---|---|---|---|
| ☒ | ☐ | 7) | Positive urinalysis, Marijuana, in violation of Condition 7 of the Standard Conditions of Supervision (Grade C Violation) |
| ☒ | ☐ | 8) | Positive urinalysis, Cocaine, in violation of Condition 7 of the Standard Conditions of Supervision (Grade C Violation) |
| ☒ | ☐ | 9) | Positive urinalysis, Marijuana, in violation of Condition 7 of the Standard Conditions of Supervision (Grade C Violation) |
| ☒ | ☐ | 10) | Failure to complete Community Service in violation of the Special Condition (Grade C Violation) |

**Application of Guidelines & Statutory Provisions**

The Court determines that the applicable guidelines are:

__A__ is the Highest Grade violation, and

__II__ is the original Criminal History Category, which calls for

_15_ to _21_ months imprisonment, and

__2__ years is the Maximum Statutory penalty, and

__3__ years is the Maximum Statutory term of Supervised Release

2

**Objections**   Are there any objections to the court's findings?

Is there any reason why I should not proceed to sentencing?

### SENTENCE

The Court has asked the defendant and his attorney, and the attorney for the government, why judgment should not now be pronounced, and, after hearing their responses, the Court has found no cause to the contrary. The Court has reviewed the Petition for Revocation of Supervised Release, and the parties have made statements on their behalf or have waived the opportunity to do so.

**Adoption/ Approval of Petition**   The Report and Recommendation of the United States Magistrate Judge (Doc. No. 164) is **ADOPTED AND APPROVED**, there being no objection filed.

**Revoked**   The Superseding Petition on Probation and Supervised Release (Doc. No. 160) is **GRANTED** and the defendant's supervised release (Doc. No. 125, filed June 9, 2005) is **REVOKED**.

**Imprisonment**   The defendant shall be committed to the custody of the United States Bureau of Prisons to be incarcerated for a term of **21 months**. The sentence imposed shall be served **concurrently** with the sentence imposed in Volusia County Circuit Court case 2005-02148CFAWS.

**Recommendation to Bureau of Prisons**   It is requested but not required that the defendant be afforded Anger Management Therapy, Therapy for Use of Illegal Drugs and the opportunity to obtain his G.E.D.

**Remand to Custody**

The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

**OR**

**Voluntary Surrender**

The defendant shall voluntarily surrender at the institution designated by the Bureau of Prisons on or before 2:00 pm, Friday _____. While awaiting designation the defendant shall be released on bond and shall comply with all previously imposed standard conditions of supervision in addition to the following conditions of release:

The defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

**Discharged from Jurisdiction of Court**

Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of this Court in this case.

**New term of Supervision**

Upon release from imprisonment, the defendant shall serve a ____ YEARS/MONTHS term of Supervised Release. While on Supervised Release, the defendant shall comply with the standard conditions adopted by the Court in the Middle District of Florida. In addition, the defendant shall comply with the following special conditions:

**Special Conditions**

**Home Detention**

The defendant shall participate in the Home Detention program for a period of ____ days. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the Probation Office. The defendant will be subject to the standard conditions of Home Detention adopted for use

4

in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on your ability to pay.

**Drug Aftercare**  The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

**Mental Health**  The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

**RRC/CCC Confinement**  The defendant shall reside in a Residential Re-entry Center for a period of _____ days\months and shall observe the rules of that facility. The defendant shall be placed in the Community Confinement/Prerelease component of the program and shall obtain a physical examination at his own expense before entering the program.

**RRC/CSC Confinement**  The defendant shall reside in a Residential Re-entry Sanctions Center for a period of _____ days\months and shall observe the rules of that facility. While at the center, the defendant will abide by all rules and regulations of the center and will contribute towards the cost of room and board, as directed by the center staff.

| | |
|---|---|
| **Financial** | The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself/herself for any major purchases without approval of the probation officer. |
| | The defendant shall provide the probation officer access to any requested financial information. |
| **Community Service** | The defendant shall perform ____ hours of community service. |
| **DNA Collection Policy** | The defendant, having been convicted of a qualifying offense, shall cooperate in the collection of DNA as directed by the probation officer. |
| **Mandatory Drug Testing** | The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year. |
| **Factors enumerated in 18 USC § 3553- Advisory Guidelines** | The Court has considered the factors enumerated in 18 United States Code Section 3553 and the applicable advisory guidelines and policy statements issued by the U.S. Sentencing Commission in imposing sentence. |
| **Final Objections** | The Court having pronounced sentence, does counsel for the defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record? |
| **Appeal of Sentence** | The defendant has the right of appeal from the judgment and sentence within ten (10) days from this date. Failure to appeal within the ten day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence. The defendant is entitled to assistance of counsel in taking an appeal, and if the defendant is unable to afford a lawyer, one will be provided for you. If the defendant is unable to afford the filing fee, the Clerk of the Court will be directed to accept the Notice of Appeal without such fee. |

6

**Instructions to Clerk**

The Clerk is instructed to attach this sentencing statement to the Judgment in a Criminal Case For Revocation of Probation or Supervised Release.